No. 1089. R. O. BASS *v.* THE CITY OF CLIFTON.  Error to the Court of Civil Appeals for the Tenth Supreme Judicial District of the State of Texas. Motion to dismiss or affirm submitted May 11, 1925. Decided June 1, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. W. A. Keeling* for the defendant in error in support of the motion. *Mr. J. Walter Cocke* for plaintiff in error in opposition to the motion.

No. 909. FIRST NATIONAL BANK OF LONGVIEW *v.* HENRY JACKSON. Error to the Court of Civil Appeals for the Second Supreme Judicial District of the State of Texas. Motion to dismiss or affirm submitted May 25, 1925. Decided June 1, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. R. E. Taylor* for defendant in error in support of the motion. *Mr. F. H. Prendergast* for plaintiff in error in opposition to the motion. See *post,* p. 699.

No. 1004. THE NATIONAL SHAWMUT BANK OF BOSTON *v.* THE CITY OF BOSTON. Error to the District Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted May 25, 1925. Decided June 1, 1925. *Per Curiam.* Transferred to the Circuit Court of Appeals for the First Circuit upon the authority of (1) act of September 14, 1922, c. 305, 42 Stat. 827; (2) *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S.